IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| D'ANTONIOUS M. OWENS,      :  | |
| :  Plaintiff  | |
| VS.  : | NO. 5:03-CV-410 (DF) |
| STEVE BENTION, *et al.*,   : | |
| :  Defendants | PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| : | BEFORE THE U.S. MAGISTRATE JUDGE |

# ORDER

On April 13, 2005, plaintiff in the above-captioned case filed a MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS against defendant Anthony Rouse. Tab #59. In his motion, plaintiff claims that the defendant has refused to answer his discovery requests. *Id*. The defendants have filed a response to the plaintiff's motion. Tab #60.

After reviewing the plaintiff's motion and the defendants' response to his motion, the undersigned finds that there is no basis for granting the plaintiff's motion as there is no evidence that plaintiff has ever served defendant Rouse in the present suit.[1] Accordingly, plaintiff's MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS (Tab #59) is **DENIED**.

SO ORDERED, this 25th day of APRIL, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] Attorney William Tinkler filed a response on behalf of Steve Benton and Keith Walker stating that he did not represent defendant Rouse nor had he filed any pleadings on his behalf. Tab #60.