IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| D'ANTONIOUS M. OWENS, | : |
| Plaintiff, | : |
| vs. | : 5:03CV410 (DF) |
| STEVE BENTON, *et al.*, | : |
| Defendants. | : |

### O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on May 16, 2005 (tab 66). The Court has reviewed and carefully considered Plaintiff Owens's objections to the Magistrate Judge's Recommendation (tab 67), but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Defendants' Motion for Summary Judgment (tab 55) is hereby **GRANTED.** Moreover, the Court has reviewed the Motion for Reconsideration (tab 68) filed by Owens and finds that it is without merit.

It is **DENIED.**

SO ORDERED, this 20th day of June, 2005.

<u>**/s/ Duross Fitzpatrick**</u>
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew